| | | | | |
|---|---|---|---|---|
| Sealed | _____ | | **A19CR 200RP** | |
| Unsealed | X | Personal Data Sheet   USAO# | 2018R17807 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE  **X** YES  ___NO
CASE NO. **1:18-CR-00328**

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | |
| Date: | **September 17, 2019** | Mag Ct.# | A: **19-MJ-00397**  SSN: | FBI#: |
| Case No.: | | | Assistant U. S. Attorney: **Michael C. Galdo** | |
| Defendant: | **OLUMIDE BANKOLE MORAKINYO** | | Date of Birth: | **REDACTED** |
| Address: | | | | |
| Citizenship: | United States ___ | Mexican ___ | Other ___ | |
| Interpreter Needed: | ___ | | Language | |
| Defense Attorney: | | | Employed | |
| Address of Attorney: | | | Appointed | |
| Defendant is: | In Jail ___ | Where: | | |
| | On Bond ___ | Amt. of Bond ___ | Where: ___ | |
| Date of Arrest: | | | Bench Warrant Needed | |
| Prosecution By: | | Information ___ | Indictment **X** | |

Offense (Code & Description):  **Ct. 1: 18 U.S.C. § 1956, Conspiracy to Commit Money Laundering;
Ct. 2 and 3: 18 U.S.C. § 1028A and 2, Aiding and Abetting Aggravated Identify Theft]**

Offense Is:  Felony **X**  Misdemeanor ___

Maximum Sentence:
**Ct. 1:** Max 20 years imprisonment, 3 years supervised release; $250,000 fine, $100 special assessment
**Ct. 2 and 3:** Mandatory 2 years, 1 year supervised release; $250,000 fine, $100 special assessment

Penalty is Mandatory:  As to special assessment  Yes **X**  No ___

Remarks: